THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JEFFREY MAUGER, on his own
behalf and on behalf of those
similarly situated,**

    **Plaintiffs,**

v.                                                             **CASE NO.: 8:21-cv-01161-TPB-AAS**

**MY ENERGY MONSTER, INC., a
Florida Profit Corporation, and
RICHARD ORLANDI,
Individually,**

    **Defendants.**
_____/

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff, Jeffrey Mauger, on his own behalf and on behalf of those similarly situated employees who have joined this matter ("Plaintiffs") and Defendants, My Energy Monster, Inc. ("MEM") and Richard Orlandi ("Orlandi"), collectively referred to as ("Parties") hereby provide notice that the Parties have agreed to settle this matter in its entirety. Pursuant to the FLSA Scheduling Order (D.E. 14), the Parties anticipate filing a Motion for Court Approval of the Settlement within ten (10) days of this Joint Notice of Settlement. Dated: March 14, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Kimberly De Arcangelis<br>Kimberly De Arcangelis, Esq.<br>Bar No.: 0025871<br>Morgan & Morgan, P.A.<br>20 N. Orange Ave., 15th Floor<br>Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>Facsimile: (407) 245-3383<br>Email: kimd@forthepeople.com<br>*Attorneys for Plaintiffs* | /s/ James S. Myers<br>James S. Myers<br>Florida Bar Number: 64246<br>jmyers@mdmc-law.com<br>McElroy, Deutsch, Mulvaney &<br>Carpenter, LLP<br>Fifth Third Center<br>201 East Kennedy Boulevard,<br>Suite 815<br>Tampa, Florida 33602<br>Ph: 813-285-5520<br>*Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record, on this 14th day of March, 2022.

/s/ Kimberly De Arcangelis
Kimberly De Arcangelis, Esq.